IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00693-MSK-CBS | Date: July 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                   *Counsel:*

ANN LEMBERG,                     *Pro se*

Plaintiff,

v.

ALLIANCE RESIDENTIAL COMPANIES, *et al.,*    Gina Rossi

                                                                  Phillip Klass *Pro se*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 11:16 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions.

The court addresses *MOTION [21] entitled "Plaintiff Submits her Amended Complaint and Motion for TRO and Preliminary Injunction in Response to Defendants Request for Clarification on Claims for Relief"*. The amended complaint submitted with *MOTION [21]* does not conform with the pleading requirements. The court reviews the amended complaint with the Plaintiff.

Ms. Lemberg discusses mediation and settlement.

**ORDERED:**    The Plaintiff shall file a motion for leave to file an amended complaint and attach the proposed amended complaint by **July 27, 2015.**

Ms. Rossi makes oral motion to withdraw *Defendants Alliance Residential Corporation, Rosemont Ridge at Lowry Properties, Lauren Duarte and Winifred Leung's MOTTION [27] to Dismiss for Failure to State a Claim* and *Joinder in MOTION [29] to Dismiss.*

**ORDERED:**    Ms. Rossi's oral motion is **GRANTED** and motions [27] and [29] are **WITHDRAWN.**

Mr. Klass makes oral motion to withdraw *MOTION [9] to Dismiss for Failure to State a Claim* and *MOTION [23] for Summary Judgment.*

**ORDERED:**   Mr. Klass' oral motion is **GRANTED** and motions [9] and [23] are **WTIHDRAWN**.

The Plaintiff is in the process of seeking counsel.

12:15 p.m.      OFF THE RECORD.

The Plaintiff is advised that she is not to send letters to the court and written communication should be in the form of a written motion.

If the Plaintiff is unable to obtain counsel, she shall file a motion with the court to be placed on the list for *pro bono* counsel.

Hearing Concluded.

**Court in recess: 12:29 p.m.**
Time in court: 01:13

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.