**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  Date: October 5, 2015
Court Reporter:   Mary George

Civil Action No. 15-cv-00693-MSK-CBS

*Parties*:                                          *Counsel*:

ANN LEMBERG,                                        Ann Lemberg, *Pro Se*

      Plaintiff,

v.

ALLIANCE RESIDENTIAL COMPANIES;                     Gina Rossi
ROSEMONT RIDGE AT LOWRY                             Philip Klass
PROPERTIES;                                         Andrew McLetchie
BUGABOO/BUGAWAY COMPANIES;
PHIL KLASS;
LAREN DUARTE;
WINIFRED LEUNG,
JACQUELINE ARCHULETA,
JANETTE LUCERO; and
COCAL LANDSCAPE SERVICES, INC.,

      Defendants.

## COURTROOM MINUTES

HEARING: Evidentiary (21, 37, 50, 51)

**1:40 p.m.        Court in session**

The Court addresses preliminary matters, including but not limited to, statements by representatives of parties that were subpoenaed.

The Court inquires of plaintiff what she is seeking today.

Statement by defendants.

**2:02 p.m.        Court in recess
2:57 p.m.        Court in session**

The plaintiff states there is an agreement between plaintiff and defendant CoCal only, subject to its release be defendants Alliance and Rosemont.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The Court provides clarification to plaintiff on what equitable relief, if any, is available, at this juncture of the case.

Statement from plaintiff who wishes to proceed with evidence.

Statement from Mr. McLetchie.

Objections to plaintiff proceeding with evidence for non-compliance with the Court's rules and orders.

**ORDER:** Pursuant to the Court's Order regarding the information that was to be exchanged, only witness William Epes may testify.

**Witness sworn for the plaintiff : William Epes :**
**3:13 p.m.** Direct Examination by Ms. Lemberg.

**3:38 p.m.** **Court in recess**
**3:48 p.m.** **Court in session**

Continued direct examination of witness by Ms. Lemberg.

No cross examination of witness by defendants.

**EXHIBITS: Received:** **1** (Epes Affidavit)

Further statements from plaintiff as to proffered evidence.

Defendants have no evidence to present.

Argument by defendants.

Argument by plaintiff.

Oral findings are made of record and incorporated herein.

**ORDER:** Plaintiff's Motions (**Doc. #21, #37, #50, #51**) are **DENIED**. No claims are dismissed as a result of this ruling.

**4:55 p.m.** Court in recess.

**Total Time: 2 hours 10 minutes.**
**Hearing concluded.**